UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CELL FIX, INC., a Florida Corporation,

    Plaintiff,

vs.   Case No. 8:22-CV-00528-TPB-AAS

4CELLFIX INC., a Florida Corporation, and
FIRST CONCEPT WIRELESS, INC.,
a Florida Corporation, d/b/a "4CELLFIX INC."

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants 4CELLFIX INC. and FIRST CONCEPT WIRELESS, INC. d/b/a "4CELLFIX INC.," by and through the undersigned counsel, hereby file this Notice of Settlement to duly notify the Court that all parties have amicably resolved this matter. The parties are in the process of exchanging and finalizing settlement documents.

Respectfully submitted this 15th day of December, 2022.

    Lydecker LLP
    *Counsel for Defendants/ Counter-Plaintiff*
    1221 Brickell Avenue, 19th Floor
    Miami, Florida 33131
    Telephone No.: (305) 416-3180
    Facsimile No.: (305) 416-3190

    By: */s/ Erin M. Hoskins*
        ERIN M. HOSKINS
        Florida Bar No.: 1003283
        Email: eh@lydecker.com
        CARLOS DE ZAYAS
        Florida Bar No. 198617
        Email: cdz@lydecker.com
        FORREST L. ANDREWS
        Florida Bar No. 17782
        Email: fla@lydecker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2022, a true and correct copy of the foregoing document was served on counsel of record for Plaintiff via e-mail at the following e-mail address: tstanton@stantoniplaw.com, amartinez@stantoniplaw.com, and david.lisko@hklaw.com.

                                              */s/ Erin M. Hoskins*
                                              Erin M. Hoskins
                                              Florida Bar No.: 1003283